**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **DONNA ECKSTEIN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 3:23-cv-45-CWB** |
| | ) |
| **FAMILY DOLLAR STORES OF** | ) |
| **ALABAMA, INC., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the court notes that this case has been dismissed with prejudice by operation of law on the terms agreed to and set out by the parties. The Clerk of the Court therefore is **DIRECTED** to close the case.

**DONE** this the 14th day of September 2023.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**